NO. 07-11-0106-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH  29, 2011

In re JESSE OLIVA, JR.,

Relator

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Relator Jesse Oliva, Jr., proceeding *pro se,* filed a petition for writ of mandamus on March 9, 2011.  By letter of March 14, 2011, we informed relator of his failure to pay the filing fee and explained the proceeding would be dismissed unless the filing fee was paid by March 24, 2011.  *See* Tex. R. App. P. 5, 20.1, 42.3(c).  Relator did not pay the fee or file an affidavit of indigence.

Accordingly, we dismiss relator's petition.  *See* Tex. R. App. P. 5, 42.3(c).

Per Curiam